# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| EVELYN E., <br><br> Plaintiff, <br><br> v. <br><br> NANCY BERRYHILL, Deputy Commissioner of Social Security for Operations, <br><br> Defendant. | CASE NO. C17-1924 BHS <br><br> ORDER ADOPTING REPORT AND RECOMMENDATION |

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable Theresa L. Fricke, United States Magistrate Judge. Dkt. 16. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

(1) The R&R is **ADOPTED**;

(2) the administrative decision is **REVERSED** and **REMANDED** for further administrative proceedings; and

(3) the Clerk shall enter a **JUDGMENT** and close the case.

ORDER - 1

1   Dated this 9th day of November, 2018.

BENJAMIN H. SETTLE
United States District Judge